**Opinion issued December 30, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00752-CV

————————————

## THERESA CHINYERE ONWUEGBUCHU
## AND INNOCENT C. ONWUEGBUCHU, Appellants

## V.

## CITYWIDE ATM, INC. D/B/A CITYWIDE ATM, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1030284**

---

## MEMORANDUM OPINION

Appellants, Theresa Chinyere Onwuegbuchu and Innocent C. Onwuegbuchu, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp.

2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.